IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CRIMINAL ACTION H-09-421-1 |
| | § § § | |
| CLIFFORD UBANI | § | |

## AGREEMENT TO VOLUNTARY SURRENDER

I understand that in the near future the court will sign an order that requires me to surrender to an institution to be selected by the Bureau of Prisons of the Department of Justice.

I agree to report voluntarily under the order. I understand that if I fail to appear that I may be punished by fine, imprisonment, or both. (18 U.S.C. §§ 401, 751.)

7-25-2012
Date

*CLIFFORD UBANI*
Defendant

Address: 10119 Duchamp Dr
Houston Tx 77036

Phone: ~~28~~
832 713 0408

7-25-2012
Date

*Patrick M Konu* (signature)
Witness