**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CRIMINAL NO.  4:09-CR-421-01** |
| | § | |
| **V.** | § | |
| | § | |
| **CLIFFORD UBANI** | § | |

**RESPONSE TO THE GOVERNMENT'S MOTION**
**TO APPLY BOND AGAINST RESTITUTION**

**TO THE HONORABLE JUDGE GRAY MILLER:**

Defendant Clifford Ubani, by and through his attorney of record, James Alston, files the following response to the government's motion to apply bond against restitution.

On July 30, 2012, the defendant's wife, Ezinne Ubani, deposited $20,000 into the registry of the court as surety for the defendant's bond.  As the court is aware the defendant was sentenced to 87 months custody and he is currently serving his sentence.  Additionally, on June 18, 2012, the defendant was sentenced to 108 months in Judge Atlas' court.  The sentences are to run concurrently. The defendant and his wife have four children.  Defense counsel states that the defendant and his family will suffer an undue hardship if the $20,000 bond is not returned to his wife.  Therefore, the defendant asks the Court to order that the bond be returned to his wife Ezinne Ubani.

Respectfully submitted,

 /s/    James Alston
JAMES ALSTON
Attorney for Defendant
Fed. No. 30878
State Bar No. 00786974
914 Preston Street, Suite 3 N
Houston, Texas 77002
Ph. 713-228-1400
Fax 713-228-1401

1

## CERTIFICATE OF SERVICE

I, James Alston, hereby certify that a true and correct copy of the foregoing instrument was forwarded by email or ECF to the Assistant U.S. Attorney Cynthia DeGabrielle on November 16, 2012.

  /s/ James Alston
JAMES ALSTON